## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| NICHOLAS and PENNY STAMAT, | ) Bankruptcy No. 07 B 13379 |
| Debtor, | ) |
| | ) |
| WILLIAM T. NEARY, U.S. Trustee | ) Adversary No. 07 A 01278 |
| Plaintiff | ) |
| v. | ) |
| NICHOLAS and PENNY STAMAT | ) |
| Defendant | |

### FINAL JUDGMENT ORDER

Pursuant to the Findings of Fact and Conclusions of Law made and entered this date, it is hereby ORDERED and ADJUDGED that:

1. On Count I of the United States Trustee's Adversary Complaint, the Debtor-Defendants' discharge is DENIED pursuant to 11 U.S.C. § 727(a)(2);

2. On Count II of the United States Trustee's Adversary Complaint, the Debtor-Defendants' discharge is DENIED pursuant to 11 U.S.C. § 727(a)(4);

3. On Count III of the United States Trustee's Adversary Complaint, the Debtor-Defendants' discharge is DENIED pursuant to 11 U.S.C. § 727(a)(5).

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Entered this 24th day of September 2008.